## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MATTHEW A. MEY,<br>**Plaintiff,**<br><br>**v.**<br><br>GILA LLC d/b/a GILACORP d/b/a<br><br>MUNICIPAL SERVICE BUREAU d/b/a<br><br>MUNICIPAL SERVICE(S) BUREAU,<br><br>John/Jane Does 1-5,<br><br><br>**Defendants.** | §<br>§<br>§<br>§<br>§  Civil Action No. 1:20-cv-00022<br>§<br>§<br>§<br>§ |
| | |

## PLAINTIFF'S ORIGINAL COMPLAINT

1. The Plaintiff hereby files this lawsuit against Gilla LLC d/b/a Gilacorp d/b/a Municipal Services Bureau d/b/a Municipal Service(s) Bureau , and John/Jane Does 1-5.

2. The Plaintiff is Matthew Mey, a natural person, who resides at 138 N. College Ave., Apt#2, Fort Collins, Colorado 80524.

3. Gila LLC d/b/a Gilacorp d/b/a Municipal Service Bureau d/b/a Municipal

Service(s) Bureau (hereinafter "Gila") is a Texas limited liability company who

can be served via registered agent Corporation Services Company d/b/a CSC

Lawyers Inco 211 E. 7th Street, Suite 260, Austin, Texas 78701.

4.  John/Jane Does 1-4 are other liable parties currently unknown to the Plaintiff.


**Jurisdiction and Venue**


5.  Jurisdiction of this court arises as the acts happened and the Defendant(s) reside

and work in this District. *Tex. Civ. Prac. & Rem. Code § 17.042; see also 47 USC*

*227(b).*

6.  Venue in this District is proper in that the Defendant(s) transact business here and

the acts and transactions occurred here.  *47 USC 227(b).*


**FACTUAL ALLEGATIONS**


7.  Plaintiff received two unsolicited text messages from Defendant Gila on October

23, 2019 from telephone number 855-522-3650 to his cell phone number

304-215-3650. These text messages were made without his consent and were for a

non-emergency purpose.

8.  These texts messages indicated that Plaintiff had an "account" to be "reviewed"

with Jay County, Indiana and the Municipal Service Bureau was contacting him

regarding this account.

9.  Defendant Gila left a call back number of 800-616-0166.

10. Plaintiff has never traveled to or had dealings with Jay County, Indiana in any way.

11. Nonetheless given the impression that the Municipal Service Bureau of Jay County, Indiana was requesting a return call, Plaintiff felt obligated to research who or what the Municipal Service Bureau of Jay County wanted with him.

12.  The "Municipal Service Bureau" is not a government agency or affiliated with the State of Indiana in any official capacity, despite what its name may imply.

13. There are two websites linked to Defendant(s) business name "Municipal Service Bureau",  https://www.msbselfserve.com/ and https://www.gilacorp.com/.

14. Defendant Gila LLC can be found at https://www.gilacorp.com/ and it collects debts on behalf of municipalities and government entities, "offer[ing] outsourced collections, payment processing, and call center services to governmental entities nationwide". Gila LLC's contact address on this site is 8325 Tuscany Way, Building #4, Austin, Texas 78754.

15. On Defendant(s)' website https://www.msbselfserve.com its important to note that Defendant(s) identify as "Municipal Service(s) Bureau", rather than the "Municipal Service Bureau", as communicated in its initial text message to Plaintiff. Defendant(s)' address for mail in payments on this site is PO Box 16755, Austin, Texas 78761-6755.

16. This confusion and lack of transparency by Defendant(s) made Plaintiff fearful of

possible tax liens, arrest warrants for unpaid tickets or fines, and that his good name could be smeared by Defendant(s), or that Defendant(s) were not who they claimed to be and had possession of his personal identifying information.

## CAUSE OF ACTION

## COUNT I

## Violations of the Telephone Consumer Protection Act (hereinafter "TCPA")

17. Plaintiff Matthew Mey incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

18. The foregoing actions by the Defendants constitute breach of the TCPA by initiating text messages using an automated telephone dialing system for a non-emergency purpose without Plaintiff's consent. These actions violate *47 USC 227(b)* and entitle Plaintiff to $1,500.00 (fifteen hundred dollars) per call in damages as these were willful actions.

## COUNT II

### Violations of the Fair Debt Collection Practices Act (hereafter "FDCPA") 15 USC 1681 et.

19. Plaintiff Matthew Mey incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

20. The foregoing actions by the Defendants constitute breach of the FDCPA by placing unsolicited and unwelcome text messages to the Plaintiff's cell phone, making false or misleading representations to Plaintiff in the collection of a debt and failing in their communications to indicate the contact was being made in the collection of a debt.

## COUNT III

### Violations of the Texas Finance Code 392

21. Plaintiff Matthew Mey incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

22. The foregoing actions by the Defendants constitute breach of the Texas Finance

Code 392 by placing unsolicited and unwelcome telephone calls to the Plaintiff's cell phone and by making false and misleading representations likely to deceive a consumer.

## COUNT IV

### Violations of the Texas Business and Commerce Code 305.053

23. Plaintiff Matthew May incorporates by reference all of the above paragraphs of this complaint as though fully stated herein.

24. The foregoing actions by the Defendants constitute breach of the *Texas Business and Commerce Code 305.053* by violating the TCPA *47 USC 227*.

## PRAYER FOR DAMAGES AND RELIEFS

**WHEREFORE,** Plaintiff Matthew Mey, respectfully prays and requests that judgement be entered against each and every Defendant for the following:

1. Statutory damages of $3,000.00 (three thousand dollars) for each text message

in violation of the TCPA.

2. Statutory damages in the amount of $1,500.00 (fifteen hundred dollars) for violations of the Texas Business and Commercial Code.

3. Damages of $5,000.00 (five thousand dollars) per violation of the Texas Finance Code 392.

4. Punitive Damages of $25,000.00 (twenty five thousand dollars) for violations of the Texas Finance Code and FDCPA.

5. Actual damages as determined by a judge/jury.

6. Pre-judgment interest from the date of the phone text messages at issue.

Respectfully submitted:

/s/ Leland McRae

_____

**Leland Garrett McRae**
**SBN 24086374**
**1150 N. Loop 1604 W, Ste 108-461**
**San Antonio, TX  78248**
**Phone: 210-569-0434**
**FAX: 210-493-6080**
**EMAIL: leland@lelandmcrae.com**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Plaintiff's Original Complaint was served on all named Defendant(s), to include Gila LLC. who can be served via registered agent Corporation Services Company d/b/a CSC Lawyers Inco 211 E. 7th Street, Suite 260, Austin Texas 78701.

/s/ Leland McRae

_____

 Leland McRae

Attorney for Plaintiff