# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **MATTHEW A. MEY,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. l:20-cv-00022-JRN |
| | § | |
| **GILA LLC D/B/A GILA CORP D/B/A** | § | |
| **MUNICIPAL SERVICE BUREAU D/B/A** | § | |
| **MUNICIPAL SERVICE(S) BUREAU and** | § | |
| **JOHN/JANE DOES 1-5,** | § | |
| | § | |
| *Defendants*. | § | |

## NOTICE OF SETTLEMENT

Plaintiff Matthew A. Mey and Defendant Gila LLC (collectively, the "Parties") notify the Court that they have reached an agreement in principle to settle this matter. Accordingly, the Parties respectfully ask the Court to (1) vacate all case deadlines and (2) provide the Parties with 14 days to memorialize the terms of their settlement and exchange consideration in contemplation of the same – after which time this case will be dismissed.

Respectfully submitted,

*/s/ Leland Garrett McRae*
Leland Garrett McRae
State Bar No. 24086374
leland@lelandmcrae.com
1150 N. Loop 1604 West, Suite 108-461
San Antonio, Texas 78248
Telephone:  (210) 569-0434
Facsimile:  (210) 493-6080

ATTORNEY FOR PLAINTIFF

*and*

OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.

*/s/ Elizabeth D. Adamek*
Elizabeth D. Adamek
State Bar No. 24097569
Beth.Adamek@ogletree.com
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Telephone: (512) 344-4700
Facsimile:  (512) 344-4701

ATTORNEY FOR DEFENDANT