**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MATTHEW A. MEY,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. l:20-cv-00022-JRN |
| | § | |
| **GILA LLC D/B/A GILA CORP D/B/A** | § | |
| **MUNICIPAL SERVICE BUREAU D/B/A** | § | |
| **MUNICIPAL SERVICE(S) BUREAU and** | § | |
| **JOHN/JANE DOES 1-5,** | § | |
| | § | |
| *Defendants*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this civil action, plaintiff, Matthew Mey, and defendant(s), Gila LLC, Inc., and John/Jane Does 1-5 hereby stipulate to the dismissal of the above-styled case with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Leland Garrett McRae*
Leland Garrett McRae
State Bar No. 24086374
leland@lelandmcrae.com
1150 N. Loop 1604 West, Suite 108-461
San Antonio, Texas 78248
Telephone:  (210) 569-0434
Facsimile:  (210) 493-6080

ATTORNEY FOR PLAINTIFF

*and*

OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.

*/s/ Elizabeth D. Adamek*
Elizabeth D. Adamek
State Bar No. 24097569
Beth.Adamek@ogletree.com
301 Congress Avenue, Suite 1150
Austin, Texas 78701
Telephone: (512) 344-4700
Facsimile:  (512) 344-4701

ATTORNEY FOR DEFENDANT